November 6, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER, Appellant

NO. 14-14-00214-CV            V.

NEVINE ELTONSY, Appellee

_____

This cause, an appeal from the trial court's order signed February 25, 2014 denying appellant University of Texas MD Anderson Cancer Center's First Amended Plea to the Jurisdiction, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the trial court's order **REVERSED** and **REMAND** the cause

(a)     with instructions to the trial court to dismiss with prejudice Eltonsy's claims that MD Anderson

    (i)     committed gender discrimination in setting her pay,

    (ii)     committed gender discrimination in terminating her employment, or

    (iii)     engaged in sexual harassment, and

(b)     for proceedings in accordance with this court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee Nevine Eltonsy.

We further order this decision certified below for observance.